trator, etc., of Jacob Van Alen, Deceased, Appellant.— Judgment affirmed, with costs against Van Alen, administrator, as such, in favor of the plaintiffs. No opinion. Hirschberg, P. J., Jenks, Rich and Miller, JJ., concurred; Burr, J., taking no part.

Alice Madison, Respondent, v. Dreamland, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

· Clarence Madison, Respondent, v. Dreamland, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

John Malone, Appellant, v. The Long Island Railroad Company, Respondent. '— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Mamie Mandelska, Respondent, v. Frank Gunachinski, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Harry Mark, Respondent, v. Broadway Bargain House, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

John W. Martin, Respondent, {v. Frank J. Farrell and David C. Johnson, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

James Matthews and Gardiner D. Matthews, etc., Appellants, v. The Title Guaranty and Surety Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor and Rich, JJ., concurred; Miller, J., dissented.

Moses May, Appellant, v. Louis M. Jones and Thomas W. Jones, Respondents.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Stephen McGorty, an Infant, by Patrick McGorty, His Guardian ad Litem, Respondent, v. The Coney Island and Brooklyn Railroad Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Burr, J., dissented on the ground that the verdict was against the weight of the evidence.

Morris C. Mengis, Respondent, v. William F. Connor and Lee Shubert, Appellants. — Judgment and order affirmed, with costs. No opinion. Jenks, Gaynor, Burr and Miller, JJ., concurred; Rich, J., not sitting.

Luke Miller, Respondent, v. United States Electro-Galvanizing Company, Appellant, and Louis Potthoff, Defendant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Martin Moses, Appellant, v. Southard-Robertson Company, Respondent.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Rose L. Nicoud, Respondent, v. New York Life Insurance Company, Appellant.— Judgment reversed and new trial granted, costs to abide the event,

because the findings of fact are inconsistent and irreconcilable. (See *Israel* v. *Manhattan Railway Co.*, 158 N. Y. 624; *Nickell* v. *Tracy*, 184 id. 386; *City of Buffalo* v. *Del., Lack. & W. R. R. Co.*, 190 id. 84.) In this case the trial court has found all the controlling facts both ways. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.